13935

CAROLINA LIFE INS. CO. *ET AL.* v. ARROWSMITH

(176 S. E., 728)

176

*Mr. Preston B. Thames,* for appellant,

*Messrs. Royall & Wright, McEachin & Townsend, Will-cox, Hardee & Wallace, Samuel Want* and *Melvin Hyman,* for respondents,

November 2, 1934.

The opinion of the Court was delivered by Mr. Justice Bonham.

A careful study of the record and the decree of Judge Dennis makes it evident that he has given thorough consideration to, and has made a correct disposition of the issues involved in this appeal.

Wherefore, the exceptions thereto are overruled, and the decree is affirmed.

Let it be reported.

Messrs. Justices Stabler and Carter and Mr. Acting Associate Justice C. T. Graydon concur.